IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **STEVE T. CLIFF,** | : | |
| **Plaintiff,** | : | |
| vs. | : | **CIVIL ACTION 04-0301-WS-C** |
| **DOROTHY MCILLIANS, et al.,** | : | |
| **Defendants.** | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this 31st day of May, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE